[No. 49940-8-I.  Division One.  November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM ROBERT ZUEHLKE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-1-00450-9, Michael F. Moynihan, J., entered January 10, 2002. *Reversed* by unpublished per curiam opinion.

[No. 49943-2-I.  Division One.  November 12, 2002.]

*In the Matter of the Welfare of* A.C.

STEVEN WHITING, ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-7-03229-0, Patricia H. Clark, J., entered January 6, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 49975-1-I.  Division One.  November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL C. LANGENDOERFER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07213-3, Jay V. White, J., entered February 1, 2002. *Reversed with instructions* by unpublished per curiam opinion.

[No. 50000-7-I.  Division One.  November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. J.C.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-03788-1, James D. Cayce, J., entered February 2, 2002. *Affirmed* by unpublished per curiam opinion.